# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:22-po-130 |
| -vs- | : | Magistrate Judge Peter B. Silvain, Jr. |
| JEFFREY WILSON, | : | |
| Defendant. | : | |

## ORDER FOR DISMISSAL

Defendant appeared in Court on February 5, 2025 for a scheduled pretrial conference. Upon the Government's unopposed Oral Motion to Dismiss, the above case is hereby DISMISSED.

February 5, 2025

                                                           s/Peter B. Silvain, Jr.
                                                            Peter B. Silvain, Jr.
                                              United States Magistrate Judge